THE VILLAGE OF LOCH ARBOUR, A MUNICIPAL CORPORATION OF NEW JERSEY, DANIEL E. MANN AND MILDRED M. LOUCKS, PLAINTIFFS-RESPONDENTS, v. OCEAN TOWNSHIP, A MUNICIPAL CORPORATION OF NEW JERSEY, BENJAMIN R. HARVEY, THE BUILDING INSPECTOR OF SAID TOWNSHIP AND DEAL GARDENS, INC., A CORPORATION OF NEW JERSEY, DEFENDANTS-APPELLANTS.

Argued November 23, 1959—Decided February 22, 1960.

Mr. *Robert V. Carton* and Mr. *Sidney Hertz* argued the cause for the appellants (*Messrs. Stout & O'Hagan,* and *Durand, Ivins and Carton,* attorneys; and Mr. *Louis P. Introcaso,* on the brief).

Mr. *Aaron Melniker* argued the cause for the respondents.

PER CURIAM.  The judgment is affirmed for the reasons expressed in the opinion of Judge Knight in the court below.

*For affirmance*—Chief Justice WEINTRAUB, and Justices BURLING, FRANCIS, PROCTOR, HALL and SCHETTINO—6.

*For reversal*—None.